Filed by: TB D.C.
Feb 2, 2017
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. – MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**17-60036-CR-DIMITROULEAS/SNOW**

CASE NO. _____

21 U.S.C. § 846
21 U.S.C. § 841(a)(1)
21 U.S.C. § 853

UNITED STATES OF AMERICA

vs.

ULISES RONDON,
JAIME DAVID ROJO, and
MARCUS CEASAR,

      Defendants.
_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1
**Conspiracy to Possess with Intent to Distribute a Controlled Substance**
**(21 U.S.C. § 846)**

Beginning on or about January 11, 2017, and continuing until on or about January 19, 2017, in Broward County, in the Southern District of Florida, and elsewhere, the defendants,

**ULISES RONDON,**
**JAIME DAVID ROJO, and**
**MARCUS CEASAR,**

did knowingly and willfully combine, conspire, confederate, and agree with each other and others known and unknown to the Grand Jury, to possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1); all in violation of Title 21, United States Code, Section 846.

With respect to the defendants, the controlled substance involved in the conspiracy attributable to them as a result of their own conduct, and the conduct of other conspirators reasonably foreseeable to them, is 500 grams or more of a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 841(b)(1)(B)(ii).

## COUNT 2
### Possession with Intent to Distribute a Controlled Substance
### (21 U.S.C. § 841(a)(1))

On or about January 19, 2017, in Broward County, in the Southern District of Florida, and elsewhere, the defendants,

**JAIME DAVID ROJO and
MARCUS CEASAR,**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(B)(ii), it is further alleged that this violation involved 500 grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

## FORFEITURE ALLEGATIONS

1.   The allegations of this Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendants, **ULISES RONDON, JAIME DAVID ROJO,** and **MARCUS CEASAR**, have an interest.

2.   Upon the conviction of any violation of Title 21, United States Code, Sections 841 and 846, as alleged in this Indictment, the defendants, **ULISES RONDON, JAIME**

**DAVID ROJO,** and **MARCUS CEASAR**, shall each forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such violation and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation. The property to be forfeited includes, but is not limited to, $1,250,804.00 seized from defendant **ULISES RONDON** on January 19, 2017.

All pursuant to Title 21, United States Code, Sections 853 and 970, and Title 28, United States Code, Section 2461(c).

A TRUE BILL

_____
FOREPERSON

_____
WIFREDO A. FERRER
UNITED STATES ATTORNEY

_____
JOSEPH M. SCHUSTER
ASSISTANT UNITED STATES ATTORNEY

_____
ANDY R. CAMACHO
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs.

ULISES RONDON, et al.,

**Defendants.**
_____ /

CASE NO. _____

**CERTIFICATE OF TRIAL ATTORNEY***

**Superseding Case Information:**

**Court Division**: (Select One)

___ Miami    ___ Key West
_x_ FTL      ___ WPB     ___ FTP

| | |
|---|---|
| New Defendant(s) | Yes ___ No ___ |
| Number of New Defendants | ___ |
| Total number of counts | ___ |

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No)  No
   List language and/or dialect  _____

4. This case will take  3-4  days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                          (Check only one)
   I    0 to  5 days      _x_              Petty      ___
   II   6 to 10 days      ___              Minor      ___
   III  11 to 20 days     ___              Misdem.    ___
   IV   21 to 60 days     ___              Felony     _x_
   V    61 days and over  ___

6. Has this case been previously filed in this District Court? (Yes or No)  No
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No)   Yes
   If yes:
   Magistrate Case No.                17-mj-06023-Snow
   Related Miscellaneous numbers:     _____
   Defendant(s) in federal custody as of   January 19, 2017
   Defendant(s) in state custody as of     _____
   Rule 20 from the _____   District of _____

   Is this a potential death penalty case? (Yes or No)   No

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?    ___ Yes    _X_ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?    ___ Yes    _X_ No

_____
JOSEPH M. SCHUSTER
ASSISTANT UNITED STATES ATTORNEY
Court ID No. A5502182

*Penalty Sheet(s) attached                                          REV 4/8/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: <u>ULISES RONDON</u>

**Case No**: _____

Count #: 1

Conspiracy to possess with intent to distribute 500 or more grams of cocaine

Title 21, United States Code, Sections 846 and 841(b)(1)(B)(ii)

**\*Max. Penalty:**      40 years' imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: **JAIME DAVID ROJO**

**Case No**: _____

Count #: 1

Conspiracy to possess with intent to distribute 500 or more grams of cocaine

Title 21, United States Code, Sections 846 and 841(b)(1)(B)(ii)

**\*Max. Penalty:**      40 years' imprisonment

Count #: 2

Possession with intent to distribute 500 or more grams of cocaine

Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(ii)

**\*Max. Penalty:**      40 years' imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: <u>**MARCUS CEASAR**</u>

**Case No**: _____

Count #: 1

Conspiracy to possess with intent to distribute 500 or more grams of cocaine

Title 21, United States Code, Sections 846 and 841(b)(1)(B)(ii)

**\*Max. Penalty:**      40 years' imprisonment

Count #: 2

Possession with intent to distribute 500 or more grams of cocaine

Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(ii)

**\*Max. Penalty:**      40 years' imprisonment


**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**