UNITED STATES DISTRICT COURT FOR SOUTHERN DISTRICT OF FLORIDA **COURT/ORDER MINUTES**

U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE, FLORIDA ROOM 207-A

| | | | |
|---|---|---|---|
| DEFT: | ULISES RONDON (J)#15554-104 | CASE NO: | 17-60036-CR-DIMITROULEAS/SNOW |
| AUSA: | J. SCHUSTER (S. BEHNKE DUTY AUSA) | ATTY: | JOHN WEEKES, JR  (J. RYDELL STANDING IN) |
| USPO: | | VIOL: | 21:USC 841, 846 |
| PROCEEDING: | REPORT RE COUNSEL ARRAIGNMENT | RECOMMENDED BOND: | |

BOND/PTD   HEARING HELD - yes / no        COUNSEL APPOINTED: _____

BOND SET @: _____              To be cosigned by: _____

- ❏ All standard conditions
- ❏ Do not encumber property.
- ❏ Surrender and / or do not obtain passports / travel documents.    ✗ - ARR SDO - Will BE ENTER
- ❏ Rpt to PTS as directed / or_ x's a week/month by phone; _ x's a week/month in person.
- ❏ Random urine testing by Pretrial Services. Treatment as deemed necessary.
- ❏ Maintain or seek full - time employment.
- ❏ No contact with victims / witnesses.
- ❏ No firearms.
- ❏ Electronic Monitoring:
- ❏ Travel extended to:
- ❏ Other:

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| REPORT RE COUNSEL: | | | | |
| **PTD**/BOND HEARING: | | | | |
| PRELIM/**ARRAIGN** OR REMOVAL: | | | | |
| STATUS RE DEPOSITION: | | | | |

DATE: 02/03/17    TIME: 11:00 AM    FTL/TAPE/# BSS-    Begin    DAR: 11:03:45  2

[]  { 5 Mins }