UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-60036-CR-DIMITROULEAS

UNITED STATES OF AMERICA

vs.

ULISES RONDON,
JAIME DAVID ROJO, and
MARCUS CEASAR,

      Defendants.
_____/

## UNITED STATES OF AMERICA'S RESPONSE TO STANDING DISCOVERY ORDER

The United States of America hereby files this response to the Standing Discovery Order. This response also complies with Local Rule 88.10 and Federal Rule of Criminal Procedure 16, and is numbered to correspond with Local Rule 88.10.

A.    1.    The United States is unaware at this time of any written or recorded statements made by any of the defendants.

       2.    Enclosed please find a summary of Defendant Marcus Ceasar's January 19, 2017 statement that he made to law enforcement. The government intends to use this statement, which included in a law enforcement report, at trial.

       3.    No defendant testified before the Grand Jury.

       4.    Enclosed please find copies of each defendant's NCIC report listing arrests and convictions.

       5.    Books, papers, documents, photographs, tangible objects, buildings or places which the government intends to use as evidence at trial to prove its case in chief, or were obtained or belonging to the defendant, are attached to this response to the extent practicable but not filed with the Court. Other items, including physical evidence, a DVR of surveillance video at the Camden apartments, and additional items that may become available at a later date, may be inspected at a mutually convenient time at the Office of the United States Attorney, 99 Northeast 4th Street, Miami, Florida. Please call the undersigned to set up a date

      and time that is convenient to the parties.

      The attachments to this discovery response are not necessarily copies of all the books, papers, documents, etc., that the government may intend to introduce at trial.

6. Laboratory analysis reports regarding the approximately three kilograms of cocaine seized on or about January 19, 2017, and the approximately 37 grams of cocaine found on February 16, 2017 during the execution of a search warrant on the 2013 brown Nissan Altima seized in connection with this case are pending and will be forwarded to defense counsel immediately upon receipt by this office.

      A report comparing the defendants' fingerprints to those found on contraband and indicia of drug trafficking activity seized on January 19, 2017 is pending and will be forwarded to defense counsel immediately upon receipt by this office.

B. DEMAND FOR RECIPROCAL DISCOVERY: The United States requests the disclosure and production of materials enumerated as items 1, 2 and 3 of Section B of the Standing Discovery Order. This request is also made pursuant to Rule 16(b) of the Federal Rules of Criminal Procedure.

C. The government will disclose any information or material which may be favorable on the issues of guilt or punishment within the scope of Brady v. Maryland, 373 U.S. 83 (1963), and United States v. Agurs, 427 U.S. 97 (1976).

D. The government will disclose any payments, promises of immunity, leniency, preferential treatment, or other inducements made to prospective government witnesses, within the scope of Giglio v. United States, 405 U.S. 150 (1972), or Napue v. Illinois, 360 U.S. 264 (1959).

E. The government will disclose any prior convictions of any alleged co-conspirator, accomplice or informant who will testify for the government at trial.

F. No defendant was identified in a lineup, show up, photo spread or similar identification proceedings.

G. The government has advised its agents and officers involved in this case to preserve all rough notes.

H. The United States will advise the defendants prior to trial of its intent, if any, to introduce during its case in chief proof of evidence pursuant to F.R.E. 404(b). You are hereby on notice that all evidence made available to you for inspection, as well as all statements disclosed herein or in any future discovery letter, may be offered in the trial of this cause, under F.R.E. 404(b) or otherwise (including the inextricably-intertwined doctrine).

        Specifically, the United States may seek to introduce evidence of the defendants' drug trafficking activity that predates the charged conspiracy as detailed in the cooperating defendant's statements to law enforcement.  In addition, the United States may introduce under Rule 404(b) evidence of the defendant's past criminal activity that has resulted in arrests and/or convictions.

I.      The defendants are not aggrieved persons, as defined in Title 18, United States Code, Section 2510(11), of any electronic surveillance.

J.      The government has ordered transcribed the Grand Jury testimony of all witnesses who will testify for the government at the trial of this cause.

K.     The government will, upon defense request, deliver to any laboratory presently registered with the Attorney General in compliance with 21 U.S.C. § 822 and § 823 and 21 C.F.R. 1301.13, a sufficient representative sample of any alleged contraband which is the subject of this indictment to allow independent chemical analysis of such sample.

        If there is no response within ten (10) days from the date of the Certificate of Service attached hereto, the bulk of the contraband/narcotics will be destroyed.  As usual, random samples will be set aside to be used as evidence at trial.

L.      On January 19, 2017, the government seized a 2013 Nissan Altima used in the charged offenses.  The government will, upon defense request, make this vehicle available for inspection at a mutually convenient time.

M.     The United States is not aware at the present time of any latent fingerprints or palm prints which have been identified by a United States expert as those of any of the defendants.  Analysis of prints taken from contraband and indicia of drug trafficking activity is still pending and the results of the analysis will be forwarded to defense counsel immediately upon receipt by this office.

N.     The United States intends to introduce at trial the expert testimony of a DEA laboratory chemist with respect to the narcotics seized in connection with this case.  The laboratory analysis report and the expert's curriculum vitae will be provided immediately upon receipt by this office.

        The United States intends to introduce at trial the expert testimony of a latent print examiner with respect to the prints found on contraband and indicia of narcotics trafficking seized in this case.  The print analysis report and the expert's curriculum vitae will be provided immediately upon receipt by this office.

O.     The government will make every possible effort in good faith to stipulate to all facts or points of law the truth and existence of which is not contested and the early resolution of which will expedite trial.  These stipulations will be discussed at the discovery

      conference.

P.    At the discovery conference scheduled in Section A.5, above, the government will seek written stipulations to agreed facts in this case, to be signed by the defendant and defense counsel.

The government is aware of its continuing duty to disclose such newly discovered additional information required by the Standing Discovery Order, Federal Rule of Criminal Procedure 16(c), <u>Brady</u>, <u>Giglio</u>, <u>Napue</u>, and the obligation to assure a fair trial.

In addition to the request made above by the United States pursuant to both Section B of the Standing Discovery Order and Rule 16(b) of the Federal Rules of Criminal Procedure, in accordance with Rule 12.1 of the Federal Rules of Criminal Procedure, the United States hereby demands Notice of Alibi defense; the approximate time, date, and place of the offense was:

        Time:      Please refer to Indictment
        Date:      Please refer to Indictment
        Place:     Please refer to Indictment

The enclosed discovery consists of one CD/DVD containing documents and photographs Bates stamped 1-210, audio recordings, and video recordings. Please contact the undersigned Assistant United States Attorney if any pages are missing.

                                      Respectfully submitted,
                                      WIFREDO A. FERRER
                                      UNITED STATES ATTORNEY

By:    /s/ *Joseph M. Schuster*
          Joseph M. Schuster
          Assistant United States Attorney
          Southern District of Florida
          Court ID # A5502182
          99 Northeast 4th Street
          Miami, Florida 33132-2111
          Tel: (305) 961-9336
          Fax: (305) 530-7976
          joseph.schuster@usdoj.gov

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that I electronically filed the foregoing document with the Clerk of the Court using CM/ECF on February 17, 2017.  I further certify that the foregoing document is being served this day on counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF and that the enclosures are being delivered via Federal Express to all counsel of record.

*/s/ Joseph M. Schuster*
JOSEPH M. SCHUSTER
Assistant United States Attorney