UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 17-60036-CR-DIMITROULEAS

UNITED STATES OF AMERICA

vs.

ULISES RONDON,

        Defendant.

_____/

## STIPULATED FACTUAL PROFFER

If this matter were to proceed to trial, the Government would prove the stated facts beyond a reasonable doubt. The Parties agree that these facts, which do not include all facts known to the Government and the Defendant, ULISES RONDON ("RONDON"), are sufficient to prove the Defendant's guilt for Count One of Indictment 17-60036-CR-DIMITROULEAS, which charges the Defendant with conspiring to possess with intent to distribute 500 or more grams of cocaine, in violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(B)(ii).

Beginning on or about January 11, 2017, and continuing until January 19, 2017, in Broward County, in the Southern District of Florida, and elsewhere, RONDON, Jaime David Rojo ("Rojo"), and Marcus Ceasar ("Ceasar") did knowingly and willfully combine, conspire, confederate, and agree with each other and others known and unknown to possess with intent to distribute approximately three kilograms of cocaine. On or about January 11, 2017, a Drug Enforcement Administration ("DEA") Confidential Source ("CS") began communicating with Ceasar regarding the purchase of cocaine. Eventually, the CS agreed to buy three kilograms of cocaine, on consignment, from Ceasar for $30,000.00 per kilogram.

On January 19, 2017, Ceasar's coconspirator Rojo drove to Ceasar's home in a brown 2013 Nissan Altima and gave Ceasar approximately three kilograms of cocaine for Ceasar to sell to the CS. Ceasar agreed to pay Rojo $29,500.00 per kilogram of cocaine. Shortly after Rojo arrived at Ceasar's home with the cocaine, Ceasar and Rojo's coconspirator RONDON arrived at Ceasar's home. RONDON gave Rojo the cocaine earlier in the day.

While at Ceasar's home, RONDON and Ceasar weighed the cocaine that Rojo delivered. Upon finding that the cocaine weighed slightly more than three kilograms, Ceasar removed the excess cocaine and RONDON repackaged the three kilograms.

On the afternoon of January 19, 2017, at approximately 1:15 p.m., Rojo drove Ceasar in the Altima to an apartment complex in Lauderhill, Florida, where Ceasar and the CS previously agreed to conduct the sale of the three kilograms of cocaine. Ceasar then got out of the Altima and, carrying the cocaine in a black backpack, walked to the apartment where he was scheduled to meet the CS. When Ceasar arrived at the apartment to meet the CS, law enforcement officers arrested him (Ceasar). Officers searched the black backpack that Ceasar carried into the apartment and found three clear vacuum-sealed bags containing rectangular packages wrapped in grey tape. The packages contained a total of approximately three kilograms of cocaine. Officers then arrested Rojo as he waited for Ceasar outside in the Altima. Pursuant to a federal search warrant, law enforcement officers later found approximately 37 grams of cocaine hidden in a secret compartment under the Altima's front passenger's seat.

Ceasar then told officers that the drug trafficking organization that he, Rojo, and RONDON were involved with used an apartment in Ft. Lauderdale, Florida, as a money and drug "stash house." Later on the afternoon of January 19, 2017, law enforcement officers

conducted surveillance at the "stash house" in Ft. Lauderdale. At approximately 5:50 p.m., officers detained RONDON and two other men as they walked out of the stash house.

After seeking and obtaining a federal search warrant for the stash house, law enforcement officers found and seized, among other things, $1,248,807.00 in United States currency banded together in bundles located in a safe, multiple money counting machines, a box of rubber bands, a digital scale, and multiple vacuum sealers.

WIFREDO A. FERRER
UNITED STATES ATTORNEY

Date: 3-2-17    By: _____
                Joseph M. Schuster
                ASSISTANT UNITED STATES ATTORNEY

Date: 3-2-17    By: _____
                John A. Weekes, Jr.
                ATTORNEY FOR DEFENDANT

Date: 3-2-17    By: _____
                Ulises Rondon
                DEFENDANT